JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT

JUL 22 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLINS TIZENO,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>GERALD JANDA, Warden (A),<br><br>　　　　　Respondent. | Case No.  CV 12-5157-BRO (RNB)<br><br><br>**J U D G M E N T** |

　　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 7·20·15

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE